

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:25-CR- |
|---|---|
| v. | |
| ROBERT WILSON KING<br>a/k/a Rob Gutierrez | 3-25CR-189-E |

### INDICTMENT

The Grand Jury charges:

At all times material to this indictment:

Count One
Threats Against the President
[Violation of 18 U.S.C. § 871(a)]

On or about February 28, 2025, in the Northern District of Texas and elsewhere, the defendant, **Robert Wilson King**, knowingly and willfully made a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, **King** posted an Instagram Story and stated, "I demand he be put to death. I don't give a fuck anymore, give me the gun I'll pull the trigger myself. Come get me FBI. Fuck this country."

In violation of 18 U.S.C. § 871(a).

Indictment—Page 1

<u>Counts Two through Five</u>
Interstate Communications with Threats
[Violations of 18 U.S.C. § 875(c)]

On or about the dates set forth below, in the Northern District of Texas and elsewhere, the defendant, **Robert Wilson King**, knowingly transmitted in interstate and foreign commerce the electronic communications identified below containing threats to injure the person of another, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as threats, each electronic communication forming a separate count:

| Count | Date | Form | Threatening Communication |
|---|---|---|---|
| **Two** | 03/27/2025 | Post on Facebook | "If I see ICE agents in my neighborhood I'm opening fire. It's time to stop being [pxxxxxx] and put the second amendment to work. ICE are not real cops, they are a secret police force with no real legal authority. Kill them." |
| **Three** | 03/27/2025 | Story on Instagram | "My advice if ICE comes to your neighborhood: SHOOT THEM. Would you rather die fighting back or die in a foreign prison? USE YOUR SECOND AMENDMENT. NOW IS THE TIME. I AM SO SERIOUS." |
| **Four** | 03/30/2025 | Story on Instagram | "Just wanna double down on what I said the other day: if ICE comes to your neighborhood, fucking shoot them and kill them. Nor mercy for the Gestapo. And if I find out anyone from family I cut off is stalking my page or someone is feeding information about what I post to, well, anyone, I will find you and there will be hell to pay" |
| **Five** | 04/01/2025 | Story on Instagram | Tripling down and saying shoot those fuckin' ICE agents dead. No real legal authority and you have the right to defend yourself." |

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8604
Facsimile:    214-659-8802
douglas.brasher@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**ROBERT WILSON KING**

INDICTMENT

18 U.S.C. § 871(a)
Threats Against the President
(Count 1)

18 U.S.C. § 875(c)
Interstate Communications with Threats
(Counts 2-5)

5 Counts

A true bill rendered

_____          _____
DALLAS                                                                                 FOREPERSON

Filed in open court this 22 day of April, 2025.

**Defendant in Federal Custody since 4/4/2025 in Kaufman County Jail.**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-00324-BK