IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:25-CR-189-X |
| v. | |
| ROBERT WILSON KING<br>   a/k/a Rob Guitierrez | |

## FACTUAL RESUME

In support of Robert Wilson King's plea of guilty to the offense in Count Two of the Indictment, King, the defendant, Shery Kime-Goodwin, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 18 U.S.C. § 875(c), that is, Interstate Communications with Threats, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant knowingly transmitted a communication containing a threat to injure the person of another, as charged in the Indictment;

*Second.*  That the defendant intended his communication to be a true threat of violence or was reckless as to whether the communication would be viewed as a threat; and

*Third.*  That the communication was sent in interstate or foreign commerce.

---

[1] Fifth Circuit Pattern Jury Instruction 2.39 (5th Cir. 2024); *Counterman v. Colorado*, 600 U.S. 66 (2023).

**Factual Resume—Page 1**

## STIPULATED FACTS

1.      Robert Wilson King, admits and agrees that on or about March 27, 2025, in the Northern District of Texas and elsewhere, he knowingly transmitted in interstate and foreign commerce an electronic communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, to wit, the King made post on Facebook stating, "If I see ICE agents in my neighborhood I'm opening fire. It's time to stop being [pxxxxxx] and put the second amendment to work.  ICE are not real cops, they are a secret police force with no real legal authority.  Kill them," in violation of 18 U.S.C. § 875(c).

2.      The defendant agrees that he committed all the essential elements of the offense.  This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case.  The limited purpose of this

*[continued on next page]*

**Factual Resume—Page 2**

statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

AGREED TO AND STIPULATED on this 15th day of April, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

X _____
ROBERT WILSON KING
Defendant

_____
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8802
douglas.brasher@usdoj.gov

_____
SHERY KIME-GOODWIN
Attorney for Defendant

**Factual Resume—Page 3**